October 01, 2010

Mr. Timothy Poteet
Chamberlain & McHaney
301 Congress, 21st Floor
Austin, TX 78701
Mr. John Kenneth Woodard
Bush & Ramirez LLC
24 Greenway Plaza Suite 1700
Houston, TX 77046

RE: Case Number: 09-0744
 Court of Appeals Number: 14-07-01006-CV
 Trial Court Number: 2002-65400

Style: MID-CONTINENT CASUALTY COMPANY
 v.
 GLOBAL ENERCOM MANAGEMENT, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion and
judgment in the above-referenced cause. You may obtain a copy of the
opinion at: http://www.supreme.courts.state.tx.us/historical/recent.asp.
If you would like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Matthew E. |
| |Coveler |
| |Mr. Christopher A. |
| |Prine |
| |Mr. Loren Jackson |